Opinion issued October 27,
2011.

 

 

 

 

 

 

 




 
 
 
 
 
 
 




 

In The

Court of Appeals

For the

First District of Texas

____________

 

NO. 01-11-00756-CV

____________

 

IN RE LANCE W. DREYER, Relator

 



 

Original Proceeding on Petition for Writ of Mandamus

 



 

MEMORANDUM OPINION

Relator, Lance W. Dreyer, seeks to
compel the trial court to vacate and set aside its order requiring him to
appear in open court with “many confidential and privileged records of Cedyco
Corporation” for a Judgment Debtor Examination.[1]

We deny the petition for writ of
mandamus.  We lift the temporary stay
entered by this Court on August 31, 2011.

PER CURIAM

Panel consists of Justices
Keyes, Higley, and Massengale.











[1]        The
Honorable Dan Hinde, Judge of the 269th District Court of Harris County, Texas,
Respondent.  The underlying lawsuit is Freeport-McMoRan
Energy, L.L.C. v. Cedyco Corp., No. 2011-28824 (269th Dist. Ct., Harris
County, Tex.).